## Thomas Unemployment Compensation Case.

Argued June 17, 1966. *Bill Thomas,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Edward Fried-*

*man,* Acting Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.